UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Wendy Lougee O'Brien

     v.                              Civil No. 12-cv-443-JD

Loreen Lougee Kline, et al.

O R D E R

       Wendy Lougee O'Brien brought suit against family members, Robert B. Donovan, Esq., and the law firm of Donahue, Tucker & Cindella, PLLC, alleging claims that arose from alleged errors in the Lougee I Realty Trust ("Trust").  O'Brien's motion to appoint a guardian ad litem for her mother, Glenna Lougee, who is a defendant in this case, was granted on April 22, 2013.  Attorney Thomas M. Pappas was appointed as guardian ad litem.

       Pappas has filed a partially assented to motion to enter into a settlement agreement on behalf of Glenna Lougee.  The family defendants all assent to the motion.  Donovan and the law firm did not assent to the motion but instead "take no position" and have stated that they will not file a response to the motion.

       As in this case, the court must "appoint a guardian ad litem--or issue another appropriate order--to protect a minor or incompetent person who is unrepresented in an action."  Fed. R. Civ. P. 17(c)(2).  "A guardian ad litem is authorized to act on behalf of his ward and make all appropriate decisions in the

course of the specific litigation.  The guardian may . . . settle
the claim on behalf of his ward."  <u>Thomas v. Humfield</u>, 916 F.2d
1032, 1033 (5th Cir. 1990) (internal quotation marks omitted);
<u>accord</u> <u>Zolnierz v. Arpaio</u>, 2013 WL 253870, at *3 (D. Ariz. Jan.
23, 2013); <u>Scannavino v. Flor. Dep't of Corrs.</u>, 242 F.R.D. 662,
667 (M.D. Fl. 2007).

The proposed settlement resolves the disputes among the
family members about property conveyed to and through the Trust
and the parties' shares of that property.  Under the terms of the
proposed settlement, some property will be conveyed from family
members to Wendy O'Brien and her husband for agreed amounts and
some property will be sold to abutters or others.  That
arrangement will result in Glenna Lougee receiving "a one-year
balloon note" in the amount of $235,000, with monthly interest
only payments for one year.  O'Brien and her husband agree to
release their claims against the other family members, including
Glenna Lougee.

As proposed, the settlement appears to be in Glenna Lougee's
best interests.  The settling parties all assent to the motion
for authority to enter into the settlement.  The guardian ad
litem is authorized to enter into the settlement on behalf of
Glenna Lougee.

2

## Conclusion

For the foregoing reasons, the partially assented to motion for authority to enter into the proposed settlement (document no. 63) is granted.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

June 18, 2013

cc:  Christopher D. Hawkins, Esquire
     Edward K. O'Brien, Esquire
     Thomas J. Pappas, Esquire
     Thomas R. Walker, Esquire